**Dismiss and Opinion Filed November 16, 2023**



**In the**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-23-00975-CR

### EX PARTE JEFFREY LYNN DAVIS

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80797-98**

## MEMORANDUM OPINION

Before Justices Carlyle, Goldstein, and Breedlove
Opinion by Justice Carlyle

Before the Court is Appellant's Motion to Dismiss the Appeal. The motion is

signed by appellant and his attorney. We grant the motion and dismiss the appeal.

*See* TEX. R. APP. P. 42.2(a).

|  | /Cory L. Carlyle/ |
|---|---|
| 230975f.u05 | CORY L. CARLYLE |
| Do Not Publish | JUSTICE |
| TEX. R. APP. P. 47.2(b) | |



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

EX PARTE JEFFREY LYNN DAVIS

No. 05-23-00975-CR     V.

On Appeal from the 199th Judicial District Court, Collin County, Texas Trial Court Cause No. 199-80797-98. Opinion delivered by Justice Carlyle. Justices Goldstein and Breedlove participating.

Based on the Court's opinion of this date, appellant's motion to dismiss the appeal is **GRANTED**, and we **ORDER** the appeal **DISMISSED**.

Judgment entered this 16th day of November, 2023.